court. The claim of insufficiency is in fact not a jurisdictional issue. Because the motion court did not have the opportunity to address this issue, we may not consider it on appeal. *Grubbs v. State,* 760 S.W.2d 115, 120 (Mo. banc 1988), *cert. denied,* 490 U.S. 1085, 109 S.Ct. 2111, 104 L.Ed.2d 672 (1989).

In any event, the amended and substitute informations in this case appear to comply with the requirements of Rule 23.01(b)(2) and MACH–CR 2.30. They adopt the original indictments and information and allege they were attached and incorporated by reference. The plea court had jurisdiction to proceed with the plea hearing. *See Sanders,* 714 S.W.2d at 586.

We remand for findings of fact and conclusions of law on the issue of whether the pleas were knowingly, voluntarily and intelligently made as required by Rule 24.035(i).

PUDLOWSKI, P.J., and GRIMM, J., concur.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief. We affirm.

We have reviewed the allegations in his motion, the transcript of his plea of guilty, the transcript of his probation revocation hearing and the findings and conclusions of the motion court. These findings of fact and conclusions of law are fully supported by the record and are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rule 84.16(b).

Judgment affirmed.

---

Anthony FREEMAN, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 59206.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 23, 1991.

Application to Transfer Denied Nov. 19, 1991.

Ellen A. Blau, David C. Hemingway, St. Louis, for movant/appellant.

Wayne SUMMERS, Plaintiff/Respondent,

v.

Bernice CORRELL, Personal Representative of the Estate of Ernest L. Jenkins, Deceased, Defendant/Appellant.

No. WD 44151.

Missouri Court of Appeals, Western District.

Aug. 20, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied Nov. 19, 1991.